UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| NATHANIEL S. MARLOW, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | No. 3:21-CV-151-DCLC-JEM |
| BLOUNT COUNTY, | ) | |
| Defendant. | ) | |

## JUDGMENT ORDER

For the reasons set forth in the Memorandum Opinion filed contemporaneously with this Order, Plaintiff's pro se complaint under 42 U.S.C. § 1983 is **DISMISSED** pursuant to Rule 41(b) of the Federal Rules of Civil Procedure. All pending motions are **DENIED** as moot.

Because the Court **CERTIFIED** in the Memorandum Opinion that any appeal from this Order would not be taken in good faith, should Plaintiff file a notice of appeal, he is **DENIED** leave to appeal *in forma pauperis*. *See* 28 U.S.C. § 1915(a)(3); Fed. R. App. P. 24.

The Clerk is **DIRECTED** to close the file.

**SO ORDERED**.

**ENTER:**

s/Clifton L. Corker
United States District Judge

ENTERED AS A JUDGMENT:
*LeAnna R. Wilson*
Clerk of Court